UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-177-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WELDON BAKER, | ) | |
| Defendant. | ) | |

This court entered an order on December 5, 2011 [DE-77] denying Weldon Baker's Motion to Compel [DE-71]. The order apparently crossed in the mail with Baker's Reply [DE-78].

The court has reviewed Baker's Reply. While he again advances a compelling position, the governing law simply does not provide the court with the authority to grant the relief he seeks.

SO ORDERED.

This, the 12 day of December, 2011.

JAMES C. FOX
Senior United States District Judge